UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:18-cr-20247-UU

UNITED STATES OF AMERICA,

v.

ERIC W. KELLY,

    Defendant.
_____/

# **ORDER**

This Cause is before the Court upon the Defendant's Motion to Suppress Evidence (the "Motion") (D.E. 19).

THE COURT has considered the Motion and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge John J. O'Sullivan, who, on July 13, 2018, issued a twenty-six page Report (the "Report") (D.E. 31) recommending that the Motion be denied. Both parties were given fourteen days to file objections. Defendant timely filed objections (the "Objections") (D.E. 39). The Government did not file objections but did file a Response to the Defendant's Objections (D.E. 46). *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge O'Sullivan's recommendation and concurs in all of his findings. Petitioner's objections are reiterations of the arguments made in his Motion and are adequately addressed by the Report.

Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 31, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGDED that the Motion, D.E. 19, is DENIED. It is further

ORDERED AND ADJUDGED that Defendant's Objections, D.E. 46, are OVERRULED.

DONE AND ORDERED in Chambers in Miami, Florida, this 16th day of August, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record